An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ELSINORE III, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND BRIGHTON PROPERTIES, A NEVADA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,
and
POSHBABY, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 68276

**FILED**

JUL 23 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying a motion for summary judgment in a quiet title action. Having considered the petition, we are not persuaded that petitioners have met their burden to demonstrate that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v.*

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22361

*Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Joanna Kishner, District Judge
Snell & Wilmer, LLP/Las Vegas
Maier Gutierrez Ayon, PLLC
Eighth District Court Clerk